SEALED



```
RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org
```

Attorney for Jason Brotherton

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON BROTHERTON,<br><br>Defendant. | Case No. 2:18-cr-048-JCM-GWF<br><br>**\*SEALED\* STIPULATION TO ADVANCE WAIVER OF INDICTMENT & CHANGE OF PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jason Brotherton, that the Waiver of Indictment & Change of Plea hearing currently scheduled on March 14, 2018 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. The parties respectfully request that the currently scheduled hearing on March 14, 2018, be advanced before the scheduled preliminary hearing on March 13, 2018 at 4:00 p.m.

2. Defendant is not incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 1st day of March, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender<br><br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | DAYLE ELIESON<br>United States Attorney<br><br>By_____ (for)<br>ELHAM ROOHANI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON BROTHERTON,<br><br>　　　　　Defendant. | Case No. 2:18-cr-048-JCM-GWF<br><br>**<u>ORDER</u>** |

　　　Based on the Stipulation of counsel and good cause appearing,

　　　IT IS THEREFORE ORDERED that the Waiver of Indictment and Change of Plea hearing currently scheduled on March 14, 2018 at the hour of 10:00 a.m., be vacated and advanced to **March 13, 2018 at 10:30 a.m.**

　　　DATED March 2, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE