RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Jason Douglas Brotherton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JASON DOUGLAS BROTHERTON,<br><br>            Defendant. | Case No. 2:18-cr-048-JCM-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jason Douglas Brotherton, that the Sentencing Hearing currently scheduled on August 13, 2018 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties require additional time to attempt to resolve restitution issues.

　　　　2.　　Additionally, Mr. Brotherton will be in Texas on a work assignment during the week that the sentencing hearing is currently scheduled for.

3. The defendant is not in custody and does not oppose a continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 20th day of July, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON DOUGLAS BROTHERTON,<br><br>    Defendant. | Case No. 2:18-cr-048-JCM-GWF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, August 13, 2018 at 10:00 a.m., be vacated and continued to **Monday, October 1, 2018 at 11:00 a.m.**

    DATED July 25, 2018.

                                                                     UNITED STATES DISTRICT JUDGE