RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Jason Douglas Brotherton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON DOUGLAS BROTHERTON,<br><br>　　　　　Defendant. | Case No. 2:18-cr-048-JCM-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jason Douglas Brotherton, that the Sentencing Hearing currently scheduled on October 1, 2018 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel is unavailable on the currently scheduled date. Defense counsel has an evidentiary hearing scheduled for the same day in *United States v. Goff*, 2:18-cr-200-MMD-CWH.

2. Mr. Brotherton will be traveling from out of state for the hearing. He will require at least two weeks-notice to reschedule travel and request time off work.

3. The defendant is not in custody and does not oppose a continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 20th day of September, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JASON DOUGLAS BROTHERTON,

    Defendant.

Case No. 2:18-cr-048-JCM-GWF

**ORDER**

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, October 1, 2018 at 11:00 a.m., be vacated and continued to **Wednesday, October 24, 2018 at 10:30 a.m.**

    DATED September 25, 2018.

_____
UNITED STATES DISTRICT JUDGE